## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HON. JANE M. BECKERING

DOUGLAS BIESKE,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

HON. MAG.
PHILLIP J. GREEN

Case No. 1:22-cv-1088

ETHAN LANGE,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1090

JANE MAY,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1091

HEATHER SCHIPANI,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1092

RAVI SHARMA,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1094

KEVIN NIXON,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1095

---

KRIS SCHUETTE-SCHNEIDER,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1096

---

LAUREN CERVANTES,
      Plaintiff,

v.

TESSELLATE, INC.,
      Defendant.

Case No. 1:22-cv-1098

---

NAOMI KELLEY,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1100

---

YUFENG JING,
      Plaintiff,

v.

IKA SYSTEMS CORPORATION,
      Defendant.

Case No. 1:22-cv-1104

---

JAMES RUBY,
      Plaintiff,
v.
COMPWEST INSURANCE COMPANY,
      Defendant.

Case No. 1:23-cv-00701

SHAWNA TEVELDE,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1105

ANDREW DESPOTOVIC,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1109

ASIA MCFADDEN,
      Plaintiff,
v.
TESSELLATE, INC.,
      Defendant.

Case No. 1:22-cv-1110

IRMA O'BRIEN,
      Plaintiff,
v.
TESSELLATE, INC.,
      Defendant.

Case No. 1:22-cv-1113

MICHELLE RIESS,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1119

JANAE CROCKETT,
     Plaintiff,
v.
COMPWEST INSURANCE COMPANY
     Defendant.

Case No. 1:24-cv-00192

TAMARA SONNENBERG,
     Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
     Defendant.

Case No. 1:23-cv-00199

KRISTI HALSTED,
     Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
     Defendant.

Case No. 1:22-cv-00195

HOLLY HARRIS,
     Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
     Defendant.

Case No. 1:22-cv-00196

TANYA NELSON-WROZEK,
     Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
     Defendant.

Case No. 1:23-cv-00200

DEBRA COOLMAN,
     Plaintiff,

v.

BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A BCBSM,
     Defendant.

Case No. 1:23-cv-00668

---

RAY DUNN,
     Plaintiff,

v.

COBX CO.,
     Defendant.

Case No. 1:23-cv-00671

---

PAIGE EASH,
     Plaintiff,

v.

BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A BCBSM,
     Defendant.

Case No. 1:23-cv-00669

---

CHRISTINA ENGMAN,
     Plaintiff,

v.

COBX CO.,
     Defendant.

Case No. 1:23-cv-00509

---

ANDREW HUBBARD,
     Plaintiff,

v.

BLUE CROSS BLUE SHIELD
OF MICHIGAN,
     Defendant.

Case No. 1:23-cv-00510

---

BRIAN TAYLOR,
     Plaintiff,

v.

COBX CO.,
     Defendant.

Case No. 1:23-cv-00511

WILLIAM AGEE,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A
BCBSM,
      Defendant.

Case No. 1:23-cv-00658

---

BRYAN ANDERSON,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A
BCBSM,
      Defendant.

Case No. 1:23-cv-00659

---

LISA BALLERINI,
      Plaintiff,
v.
COBX CO.,
      Defendant.

Case No. 1:23-cv-00661

---

KATHRYN BELLMER,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A
BCBSM,
      Defendant.

Case No. 1:23-cv-00664

---

KAITLYN BOVERHOF,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN,
      Defendant.

Case No. 1:23-cv-00665

---

ERIN CHUPA,
      Plaintiff,
v.
COBX CO.,
      Defendant.

Case No. 1:23-cv-00670

| | |
|---|---|
| JESS HANNA,<br>      Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF<br>MICHIGAN, D/B/A BCBSM,<br>      Defendant. | Case No. 1:23-cv-00677 |
| GLORIA PIZZO,<br>      Plaintiff,<br>v.<br>TESSELLATE, LLC,<br>      Defendant. | Case No. 1:23-cv-00698 |
| KIM HOWLETT,<br>      Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE<br>COMPANY,<br>      Defendant. | Case No. 1:23-cv-00679 |
| RODNEISHA-DINEEN JOHNSON,<br>      Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF<br>MICHIGAN, D/B/A BCBSM,<br>      Defendant. | Case No. 1:23-cv-00680 |
| LAURA JONES,<br>      Plaintiff,<br>v.<br>COBX CO.,<br>      Defendant. | Case No. 1:23-cv-00682 |

MELANIE KARSTEN,
      Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00689

---

HOWARD KELLICUT,
      Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00690

---

ALICIA KOWALCZYK,
      Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00691

---

KARLA LOCKARD,
      Plaintiff,

v.

COBX CO.,
      Defendant.

Case No. 1:23-cv-00693

---

MICHELLE LOWDEN,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:23-cv-00695

---

LYNNE SHEPHERD-VANSLEDRIGHT,                    Case No. 1:23-cv-00704
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

---

ROBIN SHEREN,                                   Case No. 1:23-cv-00705
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

---

JENNIFER SMITH,                                 Case No. 1:23-cv-00706
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

---

RYAN VANDERSTELT,                               Case No. 1:23-cv-00708
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

---

RACHELLE VILLEGAS,                              Case No. 1:23-cv-00709
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

KELLIE WASIELEWSKI,
      Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00711

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiffs DOUGLAS BIESKE, ETHAN LANGE, JANE MAY, HEATHER SCHIPANI, RAVI SHARMA, KEVIN NIXON, KRIS SCHUETTE-SCHNEIDER, LAUREN CERVANTES, NAOMI KELLEY, YUFENG JING, JAMES RUBY, SHAWNA TEVELDE, ANDREW DESPOTOVIC, ASIA MCFADDEN, IRMA O'BRIEN, MICHELLE RIESS, JANAE CROCKETT, TAMARA SONNENBERG, KRISTI HALSTED, HOLLY HARRIS, TANYA NELSON-WROZEK, DEBRA COOLMAN, RAY DUNN, PAIGE EASH, CHRISTINA ENGMAN, ANDREW HUBBARD, BRIAN TAYLOR, WILLIAM AGEE, BRYAN ANDERSON, LISA BALLERINI, KATHRYN BELLMER, KAITLYN BOVERHOF, ERIN CHUPA, JESS HANNA, GLORIA PIZZO, KIM HOWLETT, RODNEISHA-DINEEN JOHNSON, LAURA JONES, MELANIE KARSTEN, HOWARD KELLICUT, ALICIA KOWALCZYK, KARLA LOCKARD, MICHELLE LOWDEN, LYNNE SHEPHERD-VANSLEDRIGHT, JENNIFER SMITH, RYAN VANDERSTELT, RACHELLE VILLEGAS, KELLIE WASIELEWSKI, and Defendants BLUE CROSS BLUE SHIELD OF MICHIGAN D/B/A BCBSM, ACCIDENT FUND INSURANCE COMPANY, TESSELLATE, INC., IKA SYSTEMS CORPORATION, COMPWEST INSURANCE COMPANY, COBX CO., to dismiss these actions with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiffs and against Defendants in the above-captioned actions with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS HEREBY ORDERED** that Plaintiffs asserted claims, as well as any claims that Plaintiffs could have asserted, against Defendants in the above-captioned actions are hereby dismissed with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated: _____         _____
                              Hon.  Jane M. Beckering

Stipulated to by:

| | |
|---|---|
| */s/ Noah S. Hurwitz* | */s/ Brandon C. Hubbard (w/consent)* |
| Noah S. Hurwitz (P74063) | Scott R. Knapp (P61041) |
| Grant M. Vlahopoulos (P85633) | Brandon C. Hubbard (P71085) |
| Brendan J. Childress (P85638) | Nolan J. Moody (P77959) |
| HURWITZ LAW PLLC | Maureen J. Moody (P85032) |
| *Attorneys for Plaintiffs* | Zachary L. Pelton (P85197) |
| 340 Beakes St., Suite 125 | Grant W. Hohlbein (P86319) |
| Ann Arbor, MI 48104 | *Attorneys for Defendants* |
| (844) 487-9489 | 123 W. Allegan Street, Suite 900 |
| noah@hurwitzlaw.com | Lansing, MI 48933 |
| grant@hurwitzlaw.com | (517) 371-1730 |
| brendan@hurwitzlaw.com | sknapp@dickinsonwright.com |
| | bhubbard@dickinsonwright.com |
| | nmoody@dickinsonwright.com |
| | mmoody@dickinsonwright.com |
| | zpelton@dickinsonwright.com |
| | ghohlbein@dickinsonwright.com |